IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ward, Ronald BE  
Ward, Donna Marie  
Printed: 10/9/07

Case Number:  04 B 15206  
Judge:  Hollis, Pamela S  
Filed:  4/16/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 27, 2007  
Confirmed: June 14, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,595.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 4,516.54 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 378.46 |
| Other Funds: |  | 0.00 |
| Totals: | 7,595.00 | 7,595.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Illinois Dept of Revenue | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 6,137.79 | 3,679.40 |
| 4. | Illinois Dept of Revenue | Priority | 1,327.68 | 837.14 |
| 5. | McKey & Poague Real Estate Svc | Unsecured | 1,455.66 | 0.00 |
| 6. | First National Bank Of Marin | Unsecured | 17.84 | 0.00 |
| 7. | B-Line LLC | Unsecured | 93.92 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 90.00 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 19.98 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 117.61 | 0.00 |
| 11. | Americash Loans, LLC | Unsecured | 282.86 | 0.00 |
| 12. | Americash Loans, LLC | Unsecured | 79.23 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 887.74 | 0.00 |
| 14. | AT&T Broadband | Unsecured |  | No Claim Filed |
| 15. | Lynn Herling-Tighe | Unsecured |  | No Claim Filed |
| 16. | Dental Profiles | Unsecured |  | No Claim Filed |
| 17. | Hyde Park Community Hospital | Unsecured |  | No Claim Filed |
| 18. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 19. | University of Chicago Hospital | Unsecured |  | No Claim Filed |
| 20. | University Of Chicago Physicians | Unsecured |  | No Claim Filed |
| 21. | Arons Rental | Unsecured |  | No Claim Filed |
| 22. | Shirley Davis | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 13,210.31 | $ 7,216.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ward, Ronald BE  
Ward, Donna Marie  
Printed: 10/9/07

Case Number: 04 B 15206  
Judge: Hollis, Pamela S  
Filed: 4/16/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 39.20 |
| 6.5% | 118.63 |
| 3% | 22.07 |
| 5.5% | 101.05 |
| 5% | 49.00 |
| 4.8% | 35.28 |
| 5.4% | 13.23 |
| | _____ |
| | $ 378.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_